**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **SEAN C. WIGGLESWORTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-01506-HEA** |
| | ) | |
| **PLOCHER CONSTRUCTION** | ) | |
| **COMPANY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DEPOSITION

TO:        All Counsel of Record

DATE:        Wednesday, July 8, 2026, at 10:00 a.m. CST

PLACE:    ZOOM

WITNESS:   Chad Plocher

COURT REPORTER:        Emerald Court Reporting

PLEASE TAKE NOTICE that at the above date, hour, and place, Plaintiff shall cause the deposition of Chad Plocher to be taken upon oral examination pursuant to the Federal Rules of Civil Procedure, before a shorthand reporter and suitable Notary Public. All parties are invited to attend and cross-examine.

Respectfully submitted,

**LAUREN ALLEN, LLC**

By: _/s/ Lauren Perkins Allen_
Lauren Perkins Allen, #49845
P.O. Box 8533
Prairie Village, Kansas 66208
Telephone: 816.877.8120
Facsimile: 816.817.1120
Email:  lpa@laurenallenllc.com
**ATTORNEY FOR PLAINTIFF**

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed via the Court's Electronic Filing System this 30th day of June, 2026 which sent notification and copy of the pleading to counsel of record.

*/s/ Lauren Perkins Allen*
**Attorney for Plaintiff**

2